# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHARONE FUQUAN GOODWIN, #191831,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 16-00252-WS-B |
| **ANTYWON MADISON,** *et al.*, | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 27, 2019 (Doc. 82) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's claims based on disciplinary proceedings and deprivation of property be dismissed with prejudice, that Plaintiff's claims based on the use of excessive force on July 14, 2015, and July 23, 2015 be dismissed with prejudice, and that Plaintiff's claims based on the use of excessive force on June 11, 2015, August 14, 2015, and September 17, 2015 be dismissed without prejudice. It is further **ORDERED** that this action be dismissed in its entirety.

**DONE** this 31st day of July, 2019.

                                                **s/WILLIAM H. STEELE**
                                                **UNITED STATES DISTRICT JUDGE**