**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **SHARONE FUQUAN GOODWIN, #191831,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 16-00252-WS-B |
| **ANTYWON MADISON,** *et al.*, | * |
| Defendants. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's claims based on disciplinary proceedings and deprivation of property be dismissed with prejudice, that Plaintiff's claims based on the use of excessive force on July 14, 2015, and July 23, 2015 be dismissed with prejudice, that Plaintiff's claims based on the use of excessive force on June 11, 2015, August 14, 2015, and September 17, 2015 be dismissed without prejudice, and that this action be dismissed in its entirety.

**DONE** this 31st day of July, 2019.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**